**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ,

    Plaintiff,                      No. C 13-01312 JSW

   v.                                 **ORDER REQUIRING STATUS REPORT**

ERIC'S RESTAURANT,

    Defendant.
                                              /

On November 19, 2013, the Court received a Certification of ADR Session, which states that this matter has been fully settled. There has been no further activity in the case since that time. It is HEREBY ORDERED that the parties' shall submit a joint status report the Court by April 18, 2014, advising the Court as to the status of settlement and when they expect to file a dismissal.

**IT IS SO ORDERED.**

Dated: April 10, 2014

                                                           JEFFREY S. WHITE
                                                           UNITED STATES DISTRICT JUDGE